IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAPT PHARMA OPERATIONS LIMITED, ADAPT PHARMA INC., ADAPT PHARMA LIMITED, and OPIANT PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO UK FINCO LIMITED PARTNERSHIP,<br><br>Defendant. | Consolidated Civil Action No.: 18-CV-15287<br><br>Civil Action No: 18-CV-16987 |

## CONSENT JUDGMENT

Adapt Pharma Operations Limited, Adapt Pharma Inc., Adapt Pharma Limited, and Opiant Pharmaceuticals, Inc. (hereinafter collectively "Adapt"), and Perrigo UK Finco Limited Partnership (hereinafter "Perrigo"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 2nd day of March ~~February~~, 2020:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Perrigo Product" means the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211951 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed

Patents" means United States Patent Numbers 9,211,253, 9,468,747, 9,561,177, 9,629,965, 9,775,838 and 10,085,937; and (iii) the term "Affiliate" means any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Perrigo; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Perrigo, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Perrigo Product.

4. Compliance with this Consent Judgment may be enforced by Adapt and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Brian R. Martinotti, U.S.D.J.

2

We hereby consent to the form and entry of this Order:

By: s/ Charles H. Chevalier
    Charles H. Chevalier
    J. Brugh Lower
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102-5310
    (973) 596-4500

*Attorneys for Plaintiffs*
*Adapt Pharma Operations Limited,*
*Adapt Pharma Inc., Adapt Pharma*
*Limited, and Opiant Pharmaceuticals,*
*Inc.*

OF COUNSEL:
Jessamyn S. Berniker
Ana C. Reyes
David M. Krinsky
David M. Horniak
Jessica Palmer Ryen
Anthony Sheh
Kevin Hoagland-Hanson
Youlin Yuan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiffs*
*Adapt Pharma Operations Limited,*
*Adapt Pharma Inc., and Adapt Pharma*
*Limited*

Robert Green
Jessica Tyrus Mackay
GREEN, GRIFFITH & BORG-BREEN LLP
676 North Michigan Avenue
Suite 3900
Chicago, Illinois 60611
(312) 883-8000

*Attorneys for Plaintiff Opiant*
*Pharmaceuticals, Inc.*

By: s/ Geoffrey W. Castello
    Geoffrey W. Castello
    KELLEY DRYE & WARREN LLP
    One Jefferson Road, 2nd Floor
    Parsippany, New Jersey 07054
    (973) 503-5900
    gcastello@kelleydrye.com

OF COUNSEL:
Douglass C. Hochstetler
Constantine Koutsoubas
KELLEY DRYE & WARREN LLP
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 857-7000

*Attorneys for Defendant Perrigo UK*
*FINCO Limited Partnership*